UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (wb3626)
Attorney for Debtors
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth J. Henderson
Renee L. Henderson

Case No.: 15-19095

Chapter: 13

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Warren Brumel, Esq. _____ , the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 400.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ * _____ per month for _____ months to allow for payment of the above fee.

*Payment to be determined by the bankruptcy trustee

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-19095-MBK
Kenneth J. Henderson                                                                            Chapter 13
Renee L. Henderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 24, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb         +Kenneth J. Henderson,   Renee L. Henderson,   254 Harding Blvd,   Matawan, NJ 07747-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M & T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    M & T BANK nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Warren   Brumel    on behalf of Debtor Kenneth J. Henderson wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren   Brumel    on behalf of Joint Debtor Renee L. Henderson wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                               TOTAL: 10