Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−19095−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth J. Henderson
254 Harding Blvd
Matawan, NJ 07747

Renee L. Henderson
254 Harding Blvd
Matawan, NJ 07747

Social Security No.:
xxx−xx−2553

xxx−xx−3981

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/3/19 at 09:00 AM

to consider and act upon the following:

**52** − Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 254 Harding Boulevard Matawan NJ 07747. Fee Amount $ 181. filed by Creditor M&T BANK, 45 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of M&T BANK. Objection deadline is 11/12/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (McDonald, Kevin)

Dated: 11/6/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court