Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15−19095−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth J. Henderson
254 Harding Blvd
Matawan, NJ 07747

Renee L. Henderson
254 Harding Blvd
Matawan, NJ 07747

Social Security No.:
   xxx−xx−2553                                    xxx−xx−3981

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/3/19 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:40 Motion for Relief from Stay re: 254 Harding Boulevard
Matawan NJ 07747. Fee Amount $ 181. filed by Creditor M&T BANK, 45 Order on Motion For Relief From Stay)
filed by Kevin Gordon McDonald on behalf of M&T BANK. Objection deadline is 11/12/2019. (Attachments: # 1
Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (McDonald, Kevin)

Dated: 11/6/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-19095-MBK
Kenneth J. Henderson                                                        Chapter 13
Renee L. Henderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Nov 06, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db/jdb        +Kenneth J. Henderson,   Renee L. Henderson,   254 Harding Blvd,   Matawan, NJ 07747-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo  docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   M & T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jerome B. Blank   on behalf of Creditor   HUDSON CITY SAVINGS BANK nj.bkecf@fedphe.com
          John D. Krohn   on behalf of Creditor   M & T BANK nj.bkecf@fedphe.com
          Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
          Warren  Brumel   on behalf of Debtor Kenneth J. Henderson wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;wbrumel@keyportlaw.com
          Warren  Brumel   on behalf of Joint Debtor Renee L. Henderson wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                            TOTAL: 12